

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**The City of New York**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**CAROLINE MCGUIRE**
*Assistant Corporation Counsel*
Tel.: (212) 356-5052
cmcguire@law.nyc.gov

> Application Granted
>
> Valerie Figueredo, U.S.M.J.
> DATED: 5-24-2022
>
> The conference scheduled for Tuesday, May 31, 2022 at 3:00 p.m. is hereby rescheduled to **Monday, June 6 at 11:00 a.m.**

May 24, 2022

**BY ECF**
Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Gabino Genao v. City of New York, et al.</u>, 21-CV-00301 (AT) (VF)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and attorney for defendants City, Harvey, Brann, Moise, Nwosu, Freemantle, Cohall, and McCarthy. Defendants write to respectfully request an adjournment of the conference presently scheduled to be held telephonically on May 31, 2022 at 3:00 p.m., to another date and time convenient for the Court, as the undersigned will be on a vacation on that date. Due to plaintiff's current incarcerated status, defendants could not obtain his position on this request.

    By way of background, *pro se* plaintiff alleges, inter alia, that on December 16, 2020, there was a "fire incident" in his cell, and that the defendant officers were deliberately indifferent to his medical needs. <u>See</u> Docket Entry No. 2.

    The Court held a conference in this matter on May 19 to discuss outstanding discovery issues. <u>See</u> Docket Entry dated May 19, 2022. On May 23, the Court scheduled another conference for May 31, 2022 at 3:00 p.m. <u>See</u> Docket Entry No. 54. However, the undersigned will be on a pre-planned vacation through May 31 returning on June 1, 2022. As such, defendants respectfully request that the May 31 conference be rescheduled to another date and time convenient for the Court, after June 1, 2022. Defendants apologize for any inconvenience.

1

Thank you for your consideration herein.

Respectfully submitted,

/s/
*Caroline McGuire*
Assistant Corporation Counsel
Special Federal Litigation

cc: Gabino Genao
*Plaintiff Pro Se*
DIN 22B1480
Elmira Correctional Facility
1879 Davis Street
PO Box 500
Elmira, NY 14901