UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GABINO GENAO

                           Plaintiff,

           -against-

CITY OF NEW YORK et al.,

                          Defendants.
------------------------------------------------------------------X

21-CV-00301 (AT) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As stated at the telephonic conference held for the above-captioned action on August 16, 2022, Defendants are directed to submit a letter no later than **Monday, August 29, 2022** indicating support for its proposed redactions to the Chemical Agent Directive. In addition, the discovery deadline is hereby extended to **Friday, September 30, 2022**. The Clerk of Court is respectfully directed to close the motions at ECF Nos. 34, 39, and 46.

**SO ORDERED.**

DATED:    New York, New York
               August 16, 2022

                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/22